

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00576-CV

**IN THE GUARDIANSHIP OF JAVIER J. TREVINO**, an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2022PB6000079-L2
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER all costs taxed against the party incurring the same.

SIGNED December 6, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice